# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134145 (80)

_____

IN RE MATTHEW JOSEPH JACKSON and
DAVID PAUL JACKSON, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

STEPHANIE JACKSON,
          Respondent-Appellant,

and

CARLTON HORATIO JACKSON,
          Respondent.
_____/

SC: 134145
COA: 272459
Wayne CC
Family Division: 01-403690-NA

     On order of the Court, the motion for reconsideration of this Court's June 29, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2007

_____
Clerk

d0807